UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUAN MENDOZA-MARTINEZ, | No. CV 14-00601-SJO (VBK) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JACK FOX, | |
| Respondent. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"). Further, the Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected.

**IT IS ORDERED** that: (1) the Court accepts the findings and recommendations of the Magistrate Judge; (2) Judgment shall be entered consistent with this Order; and (3) the Court Clerk shall serve this Order and Judgment on all counsel or parties of record.

DATED: 12/2/14

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE