UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| JUAN MENDOZA-MARTINEZ, | ) | No. CV 14-00601-SJO (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JACK FOX, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that (1) granting Respondent's Motion to Dismiss is granted; (2) Petitioner's Petition for Temporary Injunction is denied; and (3) that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 12/2/14

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE